IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES G. BAKER, as Chapter 7 Trustee for the Bankruptcy Estate of Bonnie Lee Keene,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESURGENS RISK MANAGEMENT, INC., WILLIE H. BURKS, and RONALD MCADAMS,<br><br>　　　　Defendants. | Civil Action No.<br>1:12-cv-02555-RWS |

## CONSENT ORDER APPROVING SETTLEMENT AND FOR DISMISSAL OF CIVIL ACTION

This matter is before the Court on the parties' joint request to approve a mediated settlement and to dismiss the action with prejudice upon the final payment of all settlement proceeds by Defendants to Plaintiff. The parties mediated their dispute on March 18, 2013 before U.S. Magistrate Judge Walter E. Johnson and reached a negotiated compromise of Plaintiff's claims. The parties have attached to their Consent Motion a document outlining the terms of the settlement, including how the settlement proceeds will be allocated amongst and between the Plaintiff and his counsel. Having reviewed the pleadings, considered the terms of the proposed mediated

settlement, and for good cause shown, the Court finds the terms of the settlement to be fair and reasonable, and the settlement is hereby APPROVED.

It is further ordered that this case shall be ADMINISTRATIVELY CLOSED pending the payment of the full amount of the settlement proceeds by Defendants to Plaintiff. The Clerk is DIRECTED that this civil action is to be DISMISSED WITH PREJUDICE within 30 days of the date of this Order unless the Court is notified by the either party prior to that time that there has been a delay in meeting terms of the settlement agreement. Except as stated in the settlement agreement, each party shall bear its own costs of litigation.

This 7th day of May 2013.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE